# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RUTVIK THAKKAR, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:21-cv-01565-NAD |
| PROCTORU, INC., | ) |
| Defendant. | ) |

# FINAL JUDGMENT

For the reasons stated in the court's memorandum opinion and order (Doc. 67), the court **GRANTS** Defendant ProctorU, Inc.'s motion to dismiss (Doc. 21). Plaintiffs' amended complaint is **DISMISSED WITH PREJUDICE**.

Each party shall bear its own costs.

The court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** this December 9, 2022.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE

1